# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23740-GAYLES/REID

**DONALD BELL, JR.**,

    Plaintiff,

v.

**OFFICER CHARLES, Correctional Officer,
METRO WEST DETENTION CENTER,
Correctional Facility, and MIAMI-DADE
CORRECTIONS AND REHABILITATION
DEPARTMENT, Headquarter of
Correctional Facility**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (the "Report"), [ECF No. 8], as to Plaintiff Donald Bell, Jr.'s *pro se* Complaint for Violation of Civil Rights brought under 42 U.S.C. § 1983 (the "Complaint"), filed pursuant to 42 U.S.C. § 1983, [ECF No. 1]. This matter was referred to Judge Reid, pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D. Fla. Admin. Order 2019-2, for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF Nos. 2 & 3]. On October 21, 2020, Judge Reid issued her Report recommending that Plaintiff's Complaint proceed against Defendant Officer Charles as to Claim I only and that all claims against Defendants Metro West Detention Center and Miami-Dade Corrections and Rehabilitation Department be dismissed. [ECF No. 8 at 2]. Plaintiff filed timely objections. [ECF Nos. 10 & 11].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has conducted a *de novo* review of the Report, the record, and the applicable law. The Court agrees with Judge Reid's well-reasoned analysis in the Report recommending that Plaintiff's Complaint proceed against Defendant Officer Charles as to Claim I only and that all claims against Defendants Metro West Detention Center and Miami-Dade Corrections and Rehabilitation Department be dismissed.

Accordingly, it is **ORDERED AND ADJUGED** as follows:

1. Magistrate Judge Lisette M. Reid's Report and Recommendation, [ECF No. 8], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Plaintiff Donald Bell, Jr.'s *pro se* Complaint, [ECF No. 1], shall **PROCEED** against Defendant Officer Charles as to Claim 1.

3. Plaintiff Donald Bell, Jr.'s *pro se* Complaint, [ECF No. 1], is **DISMISSED without prejudice** as to Defendants Metro West Detention Center and Miami-Dade Corrections and Rehabilitation Department.

4. The U.S. Marshal shall **SERVE** Plaintiff Donald Bell Jr.'s Complaint for Violation of Civil Rights, [ECF No. 1], Magistrate Judge Lisette M. Reid's Report and

Recommendation, [ECF No. 8], and this Order on Defendant Officer Charles.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of February, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Donald Bell Jr.
1603 NW 7th Ave
Miami, FL 33136
PRO SE